JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 500 -- **In re National Electrical Contractors Association, Inc. Antitrust Litigation**

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/02/09 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS & CERT. OF SVC. -- Pltf. Premier Electrical Construction Co.   (emh)<br>SUGGESTED TRANSFEREE DISTRICT:  District of Maryland<br>SUGGESTED TRANSFEREE JUDGE:  JAMES H. RYAN, ESQ.   (emh) |
| 82/02/19 |  | APPEARANCES -- ~~Michael R. Flaherty~~ for Premier Electrical Construction Co.; James P. Garland for International Brotherhood of Electrical Workers; Marvin Gittler for Local 176, I.B.E.W.; Donald M. Barnes for Miller Electric Co. & Colgan Electric Co., Inc.; Wilbur D. Preston, Jr. for Nat'l Constructors Assoc., Commonwealth Electric Corp. and The Howard P. Foley Co., et al.; Guy Farmer for Nat'l Electrical Contractors Assn., Inc., Robert L. Higginsm H.E. Autrey, Allen L. Bader, Frank H. Bertke, Donald C. Cates, Robert W. Colgan, Joe R. Devish, J.D. Hilburn, Carl T. Hinote, Warren E. Losh, John Ostrow and C.W. Stroupe   (emh) |
| 82/02/24 | 2 | RESPONSE/BRIEF -- Intern'l Brotherhood of Electrical Workers & Charles H. Pillard -- w/cert. of svc. (emh) |
| 82/02/24 | 3 | RESPONSE -- Deft. Local 176, Intern'l Brotherhood of of Electrical Workers -- w/cert. of svc. (emh) |
| 82/02/24 |  | APPEARANCES:  J. Robert Murphy for Local 461, Intern'l Brotherhood of Electrical Workers;  James P. Garland for Charles H. Pillard   (emh) |
| 82/02/25 | 4 | RESPONSE/BRIEF -- Nat'l Electrical Contractors Assn., Inc. -- w/cert. of svc. (emh) |
| 82/02/25 | 5 | LETTER -- Premier Electrical Construction Co. (signed by Michael Flaherty) -- Re: A-2   (emh) |
| 82/02/25 | 6 | RESPONSE -- Miller Electric Co. and Colgan Electric Co. -- w/cert. of svc. (emh) |
| 82/03/03 | 7 | REQUEST FOR EXTENSION OF TIME -- Premier Electrical Construction Co. -- GRANTED to Premier Construction Co., to & including March 9, 1982.  Notified involved counsel(ds) |
| 82/03/08 | 8 | REQUEST FOR EXTENSION OF TIME -- Premier Electrical Construction Co. -- GRANTED to Premier Construction Co., to & including March 12, 1982. Notified involved counsel(ds) |
| 82/03/12 | 9 | REPLY -- Premier Electrical Const. Co. w/cert. of svc.(ds) |
| 82/04/01 |  | HEARING ORDER -- Setting Motion to consolidate A-1 and A-2 for Panel hearing in San Francisco, Calif. on April 29, 1982   (cds) |

| Date | Entry |
|---|---|
| 82/04/27 | HEARING APPEARANCES:  JAMES H. RYAN, ESQ. for Premier Electrical Construction Co.;  GUY FARMER, ESQ. For National Electrical Contractors Assn.;  JAMES P. GARLAND, ESQ. for International Brotherhood of Electrical Workers and Charles H. Pillard; MARVIN GITTLER, ESQ. for Local 176, IBEW  (cds) |
| 82/04/27 | WAIVER OF ORAL ARGUMENT:  Colgan Electric Co., Inc. and Miller Electric Co.; National Constructors Assoc., Commonwealth Electric Corp., The Howard P. Foley Co., Donovan Construction Co. of Minn., Inc., Arthur McKee & Co., Inc., Badger America, Inc., Catalytic, Inc., C.F. Braun Constructors, Inc., Dravo Corp., Guy F. Atkinson Co., The H.K. Ferguson Co., Jacobs Constructors, Pullman Kellogg, Stearns-Roger, Inc.  (cds) |
| 82/05/06 | ORDER DENYING TRANSFER -- Notified involved judges, clerks and counsel  (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. __500__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION, INC. ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 5/6/82 | MO | | | | |

Special Transferee Information

DATE CLOSED: 5/6/82

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 500 -- In re National Electrical Contractors Association, Inc. Antitrust Lit.

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Premier Electric Construction Co. v. Nat'l Electrical Contractors Assn. | N.D.Ill. Getzendanner | 80 C 4976 | | | *DENIED* | |
| A-2 | National Constructors Assn., et al. v. National Electrical Contractors Assn. | D.Md. *Murray* | HM-77-1302 | | | *DENIED* | |

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 500 -- In re National Electrical Contractors Association, Inc. Antitrust Litigation

| | |
|---|---|
| PREMIER ELECTRIC CONSTRUCTION CO. (A-1)<br>James H. Ryan, Esq.<br>Keck, Mahin & Cate<br>8300 Sears Tower<br>233 South Wacker Drive<br>Chicago, Illinois 60606<br><br>NATIONAL CONSTRUCTORS ASSN., ET AL. (A-2)<br>Wilbur D. Preston, Jr., Esq.<br>Whiteford, Taylor, Preston, Trimble<br>  & Johnston<br>2000 First Maryland Building<br>25 S. Charles Street<br>Baltimore, Maryland 21202 | NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION, INC.<br>ROBERT L. HIGGINS<br>H. E. AUTREY<br>ALLEN L. BADER<br>FRANK H. BERTKE<br>DONALD C. CATES<br>ROBERT W. COLGAN<br>JOE R. DEVISH<br>J.D. HILBURN, SR.<br>CARL T. HINOTE<br>WARREN E. LOSH<br>JOHN OSTROW<br>C.W. STROUPE<br>Guy Farmer, Esq.<br>Farmer, Wells, McGuin, Flood<br>  & Bethtel<br>1000 Potomac Street, N.W.<br>Washington, D.C. 20007 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 500 -- 

---

MILLER ELECTRIC COMPANY
COLGAN ELECTRIC CO., INC.
Donald M. Barnes, Esq.
Arent, Fox, Kintner, Plotkin & Kahn
1815 H Street, N.W.
Washington, D.C.  20006

INTERNATIONAL BROTHERHOOD OF ELECTRICAL
  WORKERS, LOCAL 176
Marvin Gittler, Esq.
Asher, Goodstein, Pavalon, Gittler,
  Greenfield & Segall, Ltd.
228 North LaSalle Street, Room 1900
Chicago, Illinois  60601

INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS
CHARLES H. PILLARD
James P. Garland, Esquire
10 Light Street
Baltimore, Maryland  21202

INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS, LOCAL 461
J. Robert Murphy, Esquire
P. O. Box 350
Aurora, Illinois  60507

INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS, LOCAL 701
Marc M. Pekay, Esquire
Arnold & Kadjan
11 South LaSalle Street
Suite 722
Chicago, Illinois  60603-1295

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 500 -- In re National Electrical Contractors Association, Inc. Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| National Electrical Contractors Assn. | A-1, A-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |