DOCKET NO. 500

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION, INC. ANTITRUST LITIGATION

ORDER DENYING TRANSFER*

This litigation consists of two actions pending in two federal districts -- one in the Northern District of Illinois and one in the District of Maryland. Presently before the Panel is a motion by the plaintiff in the Illinois action for transfer under 28 U.S.C. §1407 of the Illinois action to the District of Maryland for coordinated or consolidated pretrial proceedings with the action pending there. Several defendants in each action oppose transfer.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. We recognize that these actions share some questions of fact, but we are persuaded that this factor is outweighed by 1) the more advanced stage of the Maryland action in comparison to the Illinois action; 2) the minimal number of actions involved in this litigation; and 3) the existence of suitable alternatives to transfer available to the parties to minimize the possibility of duplicate discovery and/or conflicting pretrial rulings.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 to centralize the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\*   Judge Charles R. Weiner took no part in the decision of this matter.

SCHEDULE A

MDL-500 -- In re National Electrical Contractors Association, Inc. Antitrust Litigation

Northern District of Illinois

Premier Electric Construction Co. v. National Electrical Contractors Association, C.A. No. 80C4976

District of Maryland

National Constructors Association, et al. v. National Electrical Contractors Association, C.A. No. HM-77-1302